

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2019

No. 04-19-00784-CV

**KARGES-FAULCONBRIDGE, INC.,**
Appellant

v.

Keath **GARRISON** and Kassie Garrison,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00853
Honorable Laura Salinas, Judge Presiding

## O R D E R

The record in this accelerated appeal was due November 15, 2019. The Bexar County District Clerk has filed a notice of late record stating the record has not been filed because appellant has not paid or made arrangements to pay the clerk's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We order appellant, Karges-Faulconbridge, Inc., to provide written proof to this court by **November 27, 2019**, that the clerk's fee has been paid or that appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* Tex. R. App. P. 20.1, 35.3(a); Tex. R. Civ. P. 145. If appellant fails to file such proof within the time provided, this appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court